# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-4062

_____

|  |  |  |
|---|---|---|
| Malik Mumit, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Larry Norris, Director, Arkansas | * | Eastern District of Arkansas. |
| Department of Correction, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: May 30, 2001
Filed: June 4, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Malik Mumit appeals the district court's[1] dismissal with prejudice of his 28 U.S.C. § 2254 petition. Viewing the evidence in the light most favorable to the verdict, we conclude that the Arkansas Court of Appeals' determination that there was sufficient evidence as to each element of Ark. Code Ann. § 5-13-201(a)(7) (Michie

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

1997) was neither contrary to nor an unreasonable application of clearly established federal law as determined by the Supreme Court.  See Copeland v. Washington, 232 F.3d 969, 973, 976-77 (8th Cir. 2000), cert. denied, 2001 WL 243390 (U.S. May 14, 2001) (No. 00-8754).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.